UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:19-cr-251 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| IMANI NICHOLSON, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on 4/26/2023. A supplemental violation report was filed on 6/7/2023. The Court referred this matter to Magistrate Judge Carmen E. Henderson to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Henderson reported that the parties appeared for a preliminary hearing on 5/23/2023. The hearing involved the following violation:

1. Failure to Make Consistent Monthly Payments Towards Fine.

A final supervised release violation hearing was conducted on 6/12/2023. Present were the following: Assistant U.S. Attorney Peter Daly, representing the United States; Attorney Justin Roberts, representing the defendant; the Defendant Imani Nicholson; and United States Probation Officer Katelyn Keck. The Defendant waived her right to a revocation hearing and admitted to violating the conditions of her supervised release as charged in the violation report.

The Court adopts the report and recommendation and finds the defendant to be in

violation of the terms and conditions of her supervised release as set forth in violation number 1.

IT IS ORDERED that the defendant's term of supervised release is continued, and the defendant's conditions of supervised release are modified to add the following condition: You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office.

**IT IS SO ORDERED**.

Dated: June 12, 2023

                                             **HONORABLE SARA LIOI**
                                             **UNITED STATES DISTRICT COURT**
                                             **CHIEF JUDGE**